JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>AUTOZONE, INC., a Nevada corporation; and Does 1-10,<br><br>       Defendants. | Case No.: ED CV 22-165-DMG (GJSx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [32]** |

Based on the parties' stipulation pursuant to Fed. R. Civ. P. 41(a), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Teresa Hicks' action against Defendant Autozone, Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs. All scheduled dates and deadlines are VACATED.

DATED: March 3, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE